**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Big Sky Battery, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dell Computer, | ) | Case No.  4:08-cv-006 |
| | ) | |
| Defendant. | ) | |

_____

On March 27, 2009, the parties filed a Stipulation for Dismissal.  The court **ADOPTS** the parties' stipulation (Docket No.  13).  The above-entitled action is **DISMISSED** with prejudice and without further costs to either party.

**IT IS SO ORDERED.**

Dated this 30th day of March, 2009.

>                               */s/  Charles S.  Miller, Jr.*
>                               Charles S.  Miller, Jr.
>                               United States Magistrate Judge